■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARNELL EPPS, Appellant. [759 NYS2d 893] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered November 15, 2000, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt because it was more consistent with intentional murder than depraved indifference murder is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Bynum,* 70 NY2d 858 [1987]; *People v Ferguson,* 240 AD2d 510 [1997]; *People v Fama,* 212 AD2d 542 [1995]), and, in any event, is without merit (*see People v Sanchez,* 98 NY2d 373 [2002]; *People v Crawford,* 295 AD2d 361 [2002]; *People v Flowers,* 289 AD2d 504 [2001]; *People v Lyons,* 280 AD2d 926 [2001]; *People v Tankleff,* 199 AD2d 550 [1993], *affd* 84 NY2d 992 [1994]; *People v Abney,* 173 AD2d 545 [1991]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. Santucci, J.P., Smith, McGinity and Schmidt, JJ., concur.